608

No. 579. HAZELETT STORAGE BATTERY CO. v. WESTERN BATTERY & SUPPLY CO.; and

No. 580. WEBSTER v. SAME. February 20, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Hadley F. Freeman* for petitioners. *Messrs. Carle Whitehead* and *Albert L. Voge* for respondent.

No. 611. NEW AMSTERDAM CASUALTY CO. v. HOAGE, DEPUTY U. S. EMPLOYEES' COMPENSATION COMMISSIONER. February 20, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, W. Clifton Stone,* and *Wm. H. Riley, Jr.,* for respondent.

No. 621. WESTERLIN & CAMPBELL CO. v. MICHIGAN ARTIFICIAL ICE PRODUCTS CO. ET AL. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John E. MacLeish* for petitioner. *Mr. Fred W. Green* for respondents.

No. 624. GEOPHYSICAL EXPLORATION CO. v. KLODGINSKI ET AL. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Newton Rayzor* for petitioner. No appearance for respondents.

No. 625. SMITH v. UNITED STATES. February 20, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Reuben R. Arnold* and *Young M. Smith* for petitioner. *Solicitor*